## BOWNE v. UTAH.

No. 169, Misc.   Decided December 4, 1961.

*George H. Searle* for appellant.

*Walter L. Budge,* Attorney General of Utah, and *Ronald N. Boyce,* Assistant Attorney General, for appellee.

PER CURIAM.

The motion to dismiss is granted and the appeal is dismissed for want of a substantial federal question.

## POST v. BOLES, WARDEN.

No. 319, Misc.   Decided December 4, 1961.

Petitioner *pro se.*

*C. Donald Robertson,* Attorney General of West Virginia, and *Claude A. Joyce* and *George H. Mitchell,* Assistant Attorneys General, for respondent.

PER CURIAM.

The motion for leave to proceed *in forma pauperis* and the petition for writ of certiorari are granted.   The judgment is vacated and the case is remanded for a hearing in the light of *Uveges* v. *Pennsylvania,* 335 U. S. 437, and *Herman* v. *Claudy,* 350 U. S. 116.